## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| **DAVID M. ATWOOD,** | **NO.: CV-17-109-H-JTJ** |
| **Plaintiff,** | |
| vs. | |
| **NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,** | **ORDER** |
| **Defendant.** | |

Based upon Plaintiff's Motion for Extension of Time and good cause appearing therefore;

IT IS HEREBY ORDERED that the deadline for filing briefs is extended 60 days. Plaintiff's opening brief must be filed on or before June 24, 2019.

Defendant's response brief must be filed within 30 days after the Plaintiff's brief is filed.

Plaintiff's reply brief, if any, must be filed within 14 days after the Defendant's brief is filed.

DATED this 23rd day of April, 2019.

John Johnston
United States Magistrate Judge