UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DAVID M. ATWOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. CV-17-109-H-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 28), this matter is DISMISSED with prejudice.

  Dated this 30th day of April 2020.

        TYLER P. GILMAN, CLERK

        By: /s/ H. Gauthier
        H. Gauthier, Deputy Clerk